No. D–894. IN RE DISBARMENT OF OSTROWSKY. It is ordered that Bernard Herbert Ostrowsky, of Skokie, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–895. IN RE DISBARMENT OF DINEFF. It is ordered that Louis Carl Dineff, of Summit, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–896. IN RE DISBARMENT OF JOHNSON. It is ordered that Charles B. Johnson, of Pasadena, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–897. IN RE DISBARMENT OF HERSH. It is ordered that Alan Mark Hersh, of Beverly Hills, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 89–839. ARIZONA v. FULMINANTE. Sup. Ct. Ariz. [Certiorari granted, 494 U. S. 1055.] Motion for appointment of counsel granted, and it is ordered that Stephen R. Collins, Esq., of Phoenix, Ariz., be appointed to serve as counsel for respondent in this case.

No. 89–1167. BRUTSCHE v. CLEVELAND-PERDUE, SUCCESSOR REPRESENTATIVE AND ADMINISTRATRIX OF THE ESTATE OF JONES. C. A. 7th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 89–1361. CHURCH OF SCIENTOLOGY OF CALIFORNIA v. WOLLERSHEIM. Ct. App. Cal., 2d App. Dist. Motion of National Council of Churches of Christ in the U. S. A. et al. for leave to file a brief as amici curiae granted. JUSTICE BRENNAN took no part in the consideration or decision of this motion.